IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**ERIC WATSON,**

**Defendant.**                                                          No. 13-30201-DRH-5

ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Donald G. Wilkerson for the specific purpose of conducting a change of plea for defendant Watson, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2) (Doc. 108).  Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on May 20, 2014 (Doc. 109).  During the change of plea, defendant Watson pled guilty to Count 1 the Indictment, following a thorough colloquy with Judge Wilkerson.  Thereafter, Judge Wilkerson issued a Report and Recommendation ("the Report") recommending that the Court accept defendant Watson's plea of guilty (Doc. 106).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections.  As of this date, neither party has filed an objection.  Therefore, the Court **ADOPTS** the Report in its entirety.  Thus, based on the record in the case, the recommendation of the

Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Watson*, that defendant Watson was fully competent and capable of entering an informed plea, that defendant Cuevas was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Watson **GUILTY** on Count 1 of the Indictment. The Court **REMINDS** the parties that this matter for sentencing on September 4, 2014 at 11:00 a.m.

**IT IS SO ORDERED.**

Signed this 17th day of June, 2014.

Digitally signed by
David R. Herndon
Date: 2014.06.17
17:36:05 -05'00'

**Chief Judge**
**United States District Court**